IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

MARCUS NATHANIEL WILLIAMS,

    Plaintiff,

v.                                                        Civil Action No. **3:22CV641 (RCY)**

MR. FRANZEN,

    Defendant.

**MEMORANDUM OPINION**

    By Memorandum Order entered on October 14, 2022, the Court conditionally docketed Plaintiff's action. The Court warned Plaintiff that he must keep the Court informed of his address if he is transferred or released. On February 16, 2023, the United States Postal Service returned a February 2, 2023 Memorandum Order to the Court marked, "RETURN TO SENDER," and "NOT HERE." (ECF No. 9, at 1.) Since that date, Plaintiff has not contacted the Court to provide a current address. Plaintiff's failure to contact the Court and provide a current address indicates his lack of interest in prosecuting this action. *See* Fed. R. Civ. P. 41(b). Accordingly, the action will be DISMISSED WITHOUT PREJUDICE.

    An appropriate Order shall accompany this Memorandum Opinion.

/s/ *Rcy*
Roderick C. Young
United States District Judge

Date: April 5, 2023
Richmond, Virginia